# Exhibit 1



Friday, 22nd October 2021

Donald E. Stout
IPCO, LLC
925 Towlston Road
McLean, Virginia, United States of America 22102

Re: Interim Funding Agreement

Dear Mr. Donald Stout:

This is our letter agreement regarding the interim funding for Precision Weather Solutions, Inc.'s actions against Farmers Edge Inc. and Farmers Edge (US), Inc. within the United States.

It is agreed that IPCO will pay current outstanding legal bills and will do so for the foreseeable future until the parties can reach a permanent funding arrangement. In the event that a permanent funding arrangement is not reached, all interim payments must be repaid 24 months from July 12, 2021, the filing of the complaint.

The current estimate for the US actions by Dentons US LLP is a budget of $2.5 million USD. IPCO is not under any obligation to pay this amount under this interim agreement. In order to reach a permanent funding agreement that will cover the actions, IPCO will desire payback of its investment in the actions plus a 15% contingency on any recovery as consideration for its risk in funding.

This agreement will be construed under the laws of the State of Virginia in the United States of America. In the event that there is any dispute between the parties, the parties shall agree to binding arbitration for dispute resolution within the Washington D.C. area of Virginia.

Precision Weather Solutions, Inc.

By: _____
Susan R. Bonk, Chief Executive Officer

IPCO, LLC

By: _____
Donald E. Stout, Owner